UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BOGDAN KRYNICKI, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 17-cv-12314-IT |
| | * | |
| YOLANDA SMITH, Superintendent of | * | |
| Suffolk County House of Correction, | * | |
| | * | |
| Respondent. | * | |

ORDER TO SHOW CAUSE

August 27, 2018

TALWANI, D.J.

On August 7, 2018, this court issued an Order [#39] denying Respondent's Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus, ordering that an Immigration Judge hold a bond hearing for Petitioner no later than one week from the date of the order, and directing the parties to report on the outcome of that hearing within one week thereafter. Although more than fourteen days have now passed since the date of the Order [#39], the parties have not reported on the status of Petitioner's bond hearing. Accordingly, by no later than August 28, 2018, the parties shall file the joint status report required by the Order [#39]. If no such report is filed, the court will promptly schedule a show cause hearing.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge